MCGREGOR W. SCOTT
United States Attorney
ADRIAN T. KINSELLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-00158-GEB |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER |
| v. | |
| CORNELIO MORALES RODRIGUEZ, KEVIN HUMBERTO QUIJADA COLOCHO, and DAMIAN ISAAC RIOS FABER | DATE: December 6, 2019<br>TIME: 9 a.m.<br>COURT: Hon. Garland E. Burrell, Jr. |
| Defendants. | |

**STIPULATION**

1. By previous order, this matter was set for a status conference on December 6, 2019.

2. By this stipulation, defendants now move to continue the status conference until February 21, 2020, and to exclude time between December 6, 2019, and February 21, 2020, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that additional discovery pertaining to the seized cellular phones is forthcoming.

   b) Counsel for defendants desire additional time to consult with their clients, conduct investigation and research related to the charges, to review discovery for this matter, to discuss potential resolutions with their clients, and to otherwise prepare for trial.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

1          c)        Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        d)        The government does not object to the continuance.

        e)        Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        f)        For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 6, 2019 to February 21, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: November 26, 2019　　　　　　　　　　McGREGOR W. SCOTT
　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　　　/s/ ADRIAN T. KINSELLA
　　　　　　　　　　　　　　　　　　　　　　ADRIAN T. KINSELLA
　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

Dated: November 26, 2019　　　　　　　　　　/s/ Hannah R. Labaree
　　　　　　　　　　　　　　　　　　　　　　HANNAH R. LABAREE
　　　　　　　　　　　　　　　　　　　　　　Counsel for Defendant
　　　　　　　　　　　　　　　　　　　　　　Cornelio Morales Rodriguez
　　　　　　　　　　　　　　　　　　　　　　(as authorized on November 26, 2019)

Dated: November 27, 2019　　　　　　　　　　/s/ Michael J. Favero
　　　　　　　　　　　　　　　　　　　　　　MICHAEL J. FAVERO
　　　　　　　　　　　　　　　　　　　　　　Counsel for Defendant
　　　　　　　　　　　　　　　　　　　　　　Kevin Humberto Quijada Colocho
　　　　　　　　　　　　　　　　　　　　　　(as authorized on November 27, 2019)

Dated: November 27, 2019　　　　　　　　　　/s/ Michael D. Long
　　　　　　　　　　　　　　　　　　　　　　MICHAEL D. LONG
　　　　　　　　　　　　　　　　　　　　　　Damian Isaac Rios Faber
　　　　　　　　　　　　　　　　　　　　　　Oscar Francisco-Diego
　　　　　　　　　　　　　　　　　　　　　　(as authorized on November 27, 2019)

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated: December 2, 2019

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge