1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  HANNAH R. LABAREE, #294338
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA  95814
4  Tel: 916-498-5700/Fax: 916-498-5710

5  Attorney for Defendant
   CORNELIO MORALES RODRIGUEZ
6

7

8                  IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,          )  Case No.  2:19-cr-158 KJM
                                       )
11          Plaintiff,                 )  UNOPPOSED MOTION AND ORDER FOR
                                       )  SUBSTITUTION OF BOND SURETY AND
12  vs.                                )  ADDITION OF THIRD PARTY CUSTODIAN
                                       )
13  CORNELIO MORALES RODRIGUEZ,        )
                                       )
14          Defendant.                 )
                                       )
15  _____)

16          The defendant, CORNELIO MORALES RODRIGUEZ, is charged with one violation of

17  21 U.S.C. §§ 846 and 841(a)(1) (Conspiracy to Manufacture at least 1,000 Marijuana Plants)

18  (Count 1) and one violation of 21 U.S.C.§ 841(a)(1) (Manufacture of at least 1,000 Marijuana

19  Plants) (Count 2); and a violation of 18 U.S.C. § 1361 (Depredation of Public Lands and

20  Resources) (Count 3).  Mr. Morales Rodriguez was released from custody on October 1, 2019 on

21  an unsecured bond in the amount of $50,000 along with his wife, Maureen Craven, his wife's

22  sister, Crystal Ellsworth, and his wife's brother-in-law, Richard Ellsworth. See CR 26.  He is in

23  compliance with his release conditions.

24          Since Mr. Morales Rodriguez' release from custody, he and his wife and their two young

25  children have resided with Mr. and Ms. Ellsworth at the Ellsworth's home in Sacramento.

26  Recently, familial issues surrounding Ms. Craven and her sister, Ms. Ellsworth, have become

27  untenable, and for the past few days Mr. Morales Rodriguez and Ms. Craven, along with their

28  children, have been staying temporarily at a nearby Motel 6.  Ms. Ellsworth has expressed to

    Unopposed Motion for Substitution of Bond
    Surety and Addition of Third Party Custodian

Pretrial Services Officer Basurto that she and her husband no longer wish to remain co-signers on Mr. Morales Rodriguez' bond in light of the issues with Ms. Craven. Further, Mr. Morales Rodriguez and Ms. Craven, along with their two children, will not reside at the Ellsworth's home in the future.

In light of the change in circumstance, Mr. Morales Rodriguez moves to amend the bond sureties to remove Mr. and Ms. Ellsworth, and to substitute as a co-signer Isabel Salgado, the partner of Mr. Morales Rodriguez brother. Officer Basurto has contacted Ms. Salgado and confirms she is an appropriate surety.

Mr. Morales Rodriguez further moves to add Ms. Craven as a Third Party Custodian. Proposed Amended special conditions of release are attached to this motion as Exhibit A.

Finally, Mr. Morales Rodriguez hereby informs the Court that, with the approval of his pretrial officer, he and his family will reside in Ukiah at the home of Ms. Salgado and Mr. Morales Rodriguez' brother.

Officer Basurto has confirmed that Ms. Salgado is an appropriate surety and that her home is a more stable living scenario than the home of Mr. and Ms. Ellsworth. AUSA Adrian Kinsella does not oppose this request for an amended release plan and substitution of bond sureties.

Undersigned counsel will have a new unsecured bond on file with the Court no later than January 10, 2020.

Respectfully submitted,

DATED: January 7, 2020                HEATHER E. WILLIAMS

Federal Defender

*/s/ Hannah R. Labaree*
HANNAH R. LABAREE
Assistant Federal Defender
Attorney for CORNELIO MORALES
RODRIGUEZ

Unopposed Motion for Substitution of Bond
Surety and Addition of Third Party Custodian

## ORDER

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT Mr. Morales Rodriguez remain on Pretrial Release, with an <u>amended</u> unsecured bond in the amount of $50,000, co-signed by Maureen Craven and **Isabel Salgado**. It is FURTHER ORDERED that the <u>amended</u> Special Conditions of Release be adopted in full.

Dated: January 8, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE