HEATHER E. WILLIAMS, #122664
Federal Defender
HANNAH LABAREE, #294338
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorney for Defendant
CORNELIO MORALES RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:19-cr-00158-KJM-1 |
|---|---|---|
| Plaintiff, | ) ) | **WAIVER OF DEFENDANT'S PERSONAL PRESENCE; ORDER THEREON** |
| vs. | ) ) | |
| CORNELIO MORALES RODRIGUEZ, | ) ) | Date: September 8, 2020 Time: 2:00 p.m. |
| Defendant. | ) ) ) | Judge: Hon. Carolyn K. Delaney |

Pursuant to Fed. R. Crim. P. 43, CORNELIO MORALES RODRIGUEZ, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court proceed in his absence at his initial appearance on the Pretrial Services Violation Petition, scheduled to be held on September 9, 2020, at 2:00 P.M. Mr. Rodriguez agrees that his interests shall be represented at that hearing by the presence of his attorney, Hannah Labaree, Assistant Federal Defender, the same as if he were personally present, and requests that this Court allow his attorney to represent his interests at all times.

Mr. Rodriguez further agrees that notice to his attorney that his presence is required will be deemed notice to Mr. Rodriguez of the requirement of his appearance at said time and place.

//

//

//

1   DATED: September 8, 2020    Respectfully submitted,

2
                                HEATHER E. WILLIAMS
3                               Federal Defender

4
                                */s/  Hannah Labaree*
5                               HANNAH LABAREE
                                Assistant Federal Defender
6                               Attorney for Defendant
                                CORNELIO MORALES RODRIGUEZ
7

8       I consent to the above.

9   DATED: September 8, 2020    */s/ Hannah R. Labaree* for Cornelio Morales
                                Rodriguez, pursuant to General Order 616
10                              CORNELIO MORALES RODRIGUEZ
                                Defendant
11

12
                              **O R D E R**
13
    **GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that Defendant
14
    CORNELIO MORALES RODRIGUEZ'S appearance may be waived.
15
    Dated:  September 9, 2020
16
                                _____
17                              CAROLYN K. DELANEY
                                UNITED STATES MAGISTRATE JUDGE
18

-2-